SHUBIN ET AL. *v.* UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF CALIFORNIA ET AL.

No. 726.   Decided May 14, 1962.

*William Douglas Sellers* for petitioners.

*Robert W. Fulwider* for S. Vincen Bowles, Inc.,
respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The
judgment is vacated and the case is remanded for con-
sideration in light of *Dairy Queen, Inc.,* v. *Wood, ante,*
p. 469.

MR. JUSTICE FRANKFURTER took no part in the consid-
eration or decision of this case.